## ST. JOHNS MOTOR EXPRESS CO. ET AL. v. UNITED STATES ET AL.

No. 337.   Decided November 9, 1959.

*Bryce Rea, Jr.* for appellants.

*Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon, John C. Danielson* and *Robert W. Ginnane* for the United States and the Interstate Commerce Commission, *Earle V. White* for Everts' Commercial Transport, Inc., and *Albert E. Stephan* for Inland Petroleum Transportation Co., Inc., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.